### CUSTER *v.* STATE OF INDIANA.

[No. 25,441.    Filed March 15, 1928.]

1. CRIMINAL LAW.—*Error in ruling on motion not presented when motion not set out in appellant's brief.*—Error in overruling a motion to quash the affidavit charging the crime is not presented for review on appeal where neither the motion to quash nor its substance is set out in appellant's brief, nor the alleged error discussed.    p. 727.

2.  CRIMINAL LAW.—*Error in admission of evidence, how presented on appeal.*—Error in the admission of evidence cannot be assigned independently as error on appeal, but can only be made a specification in a motion for a new trial.  p. 727.

From Grant Circuit Court; *J. F. Charles,* Judge.

Lee Custer was convicted of a criminal offense, and he appeals.  *Affirmed.*

*Harry E. Roberts,* for appellant.

*Arthur L. Gilliom,* Attorney-General and *Lesh & Lowther,* for the State.

PER CURIAM.—No question is properly presented by this appeal.  Under the heading "Errors relied upon for reversal" in his brief, appellant enumerates first, 1, 2. the overruling of a motion to quash one count of the affidavit and second, the introduction of certain evidence.  The motion to quash is not set out, either literally or in substance, and the alleged error in overruling it is not discussed or even referred to at any other place in the brief.  The second alleged error, in the absence of a motion for a new trial and a ruling thereon in the trial court, is improper.

Judgment affirmed.

Gemmill, J., not participating.